IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| ROBERT B. ANTHONY, | ) | |
| | ) | |
| Petitioner , | ) | Case Nos.    CV-08-19-E-BLW |
| | ) | CR-01-65-E-BLW |
| v. | ) | |
| | ) | **JUDGMENT** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Based upon the Court's Order filed herewith, IT IS HEREBY ORDERED

AND ADJUDGED that the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside,

or Correct Sentence (Docket No. 1 in CV-08-19-E-BLW and Docket No.72 in

CR-01-65-E-BLW) filed by Robert B. Anthony is DENIED and Case No.

CV-08-19-E-BLW is DISMISSED with prejudice.

DATED:  **January 18, 2008**

B. LYNN WINMILL
Chief Judge
United States District Court